IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICHAEL B COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-067 |
| ) | |
| SPECIAL AGENT HUNTER HARRELL; ) | |
| CERT SGT. ROBERT TRENT; WARDEN ) | |
| MICHAEL THOMAS; and DEPUTY ) | |
| WARDEN SECURITY KAREN THOMAS,) | |
| ) | |
| Defendants.[1] ) | |

**O R D E R**

Plaintiff, currently incarcerated Dodge State Prison in Chester, Georgia, commenced this case pursuant to 42 U.S.C. § 1983. The matter is now before the Court on Plaintiff's motion to dismiss his case, which the Court liberally construes as a request to voluntarily dismiss his case.[2] (Doc. no. 3.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, the Court **DIRECTS** the Clerk

---

[1] The Court **DIRECTS** the **CLERK** to correct the spelling of Defendant Thomas's title on the docket in accordance with the above caption.

[2] See Torres v. Miami-Dade Cnty., Fla., 734 F. App'x 688, 691 (11th Cir. 2018) (*per curiam*) (explaining a court "must sometimes look beyond the labels used in a *pro se* party's [motion] and focus on the content and substance of the allegations"). In Plaintiff's "Motion to Dismiss," he states he has "sat down with all partys [sic] involved, and [they] have come to an agreeable solution that is saticfactory [sic] to all involved." (Doc. no. 3.)

to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 18th day of June, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA